STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALBERT BARBER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Edward Weisslitz* for the petitioner.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Curtis* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH MARNIN, DEFENDANT-PETITIONER.

See same case below: 108 *N. J. Super.* 442.

*Mr. Stanley C. Van Ness* and *Mrs. Rosemary K. Reavey*, for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Abel Goldstein* for the respondent.

April 14, 1970. Denied.

AGNES TOWNSEND, PLAINTIFF-RESPONDENT, v. ESTHER SLOAN, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Lloyd, Megargee & Steedle* for the petitioners.

*Messrs. Perskie & Perskie* for the respondent.

April 14, 1970. Denied.